DLM

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. COCE 06-15003 (53)

ALLSTATE INSURANCE COMPANY,
a/s/o Richard Areyzaga and Nelson J.
Rosado,

Plaintiff,

MISC 07 0062 ML

vs.

FORD MOTOR COMPANY, a foreign
corporation,

Defendant. /

**SUBPOENA FOR DEPOSITION DUCES TECUM**

THE STATE OF FLORIDA:

**TO: Nelson J. Rosado**
**670 Prairie Avenue**
**# 623**
**Providence, RI 02905**

YOU ARE HEREBY COMMANDED to **appear** before Reporting Associates. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court. Your deposition will take place at the office of **Reporting Associates, 10 Dorrance, Suite 617, Providence, RI 02903 on Wednesday, August 22, 2007 at 1:00 p.m.**

You are to bring with you:

**Any and all documents, notes and photographs concerning a vehicle fire incident that involved a 2000 Ford F-150 truck, VIN #: 1FTZX1727YNA16436 that occurred on or about November 27, 2003.**

If you fail to appear, you may be in contempt of Court.

You are expected to appear by the following attorney and unless excused from this subpoena by this attorney or the Court, you shall respond to this subpoena as directed.

DATED: July 27, 2007.

By:__________________
Adam J. Steinberg
For the Court

*Attorneys for Defendants, Ford Motor Company*
CARLTON, FIELDS, P.A.
4000 Bank of America Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone No.: (305) 530-0050
Facsimile No.: (305) 530-0055
Florida Bar No: 389579

In accordance with the American with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact Adam J. Steinberg, Esquire at (305) 530-0050 no later than seven days prior to the proceeding.