ATLANTA
MIAMI
ORLANDO
ST. PETERSBURG
TALLAHASSEE
TAMPA
WEST PALM BEACH

# CARLTON FIELDS

ATTORNEYS AT LAW

RECEIVED
2007
Property of U.S. District Court
District of Rhode Island

4000 International Place
100 S.E. Second Street
Miami, Florida 33131-2114
P.O. Box 019101
Miami, Florida 33131-9101

305.530.0050
305.530.0055 fax
www.carltonfields.com

**Adam J. Steinberg**
305.539.7340 direct
asteinberg@carltonfields.com

August 3, 2007

**VIA U.S. MAIL**

Clerk of Court
United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, RI 02903

**Re: Allstate Insurance Company a/s/o Richard Areyzaga and Nelson J. Rosado**
**Case No. COCE 06-15003 (53)**
**Misc. Case No. 07-0062 ML**
**Our File No. 44978.29109**

Dear Sir/Madam;

This letter shall confirm my paralegal, Ana M. Nunez's telephone conference with Connie this morning with regard to the procedure for closing a miscellaneous case that was erroneously opened in the U.S. District Court of Rhode Island.

Enclosed please find the Court Docket for Miscellaneous Case No. 07-0062 ML for your reference. Please close the aforementioned miscellaneous case as it was erroneously opened in the incorrect court.

Thank you for your assistance with regard to this matter.

Sincerely,

Adam J. Steinberg

AJS/amn
Enclosure

DLM

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. COCE 06-15003 (53)

ALLSTATE INSURANCE COMPANY,
a/s/o Richard Areyzaga and Nelson J.
Rosado,

Plaintiff,

MISC 07 0062 ML

vs.

FORD MOTOR COMPANY, a foreign
corporation,

Defendant. /

## SUBPOENA FOR DEPOSITION DUCES TECUM

THE STATE OF FLORIDA:

**TO: Nelson J. Rosado**
**670 Prairie Avenue**
**# 623**
**Providence, RI 02905**

YOU ARE HEREBY COMMANDED to **appear** before Reporting Associates. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court. Your deposition will take place at the office of **Reporting Associates, 10 Dorrance, Suite 617, Providence, RI 02903 on Wednesday, August 22, 2007 at 1:00 p.m.**

You are to bring with you:

**Any and all documents, notes and photographs concerning a vehicle fire incident that involved a 2000 Ford F-150 truck, VIN #: 1FTZX1727YNA16436 that occurred on or about November 27, 2003.**

If you fail to appear, you may be in contempt of Court.

You are expected to appear by the following attorney ~~and~~ unless excused from this subpoena ~~by~~ this attorney or the Court, you shall respond to this subpoena as directed.

DATED: July 27, 2007.

By: ____________________
Adam J. Steinberg
For the Court

*Attorneys for Defendants, Ford Motor Company*
CARLTON, FIELDS, P.A.
4000 Bank of America Tower
100 Southeast Second Street
Miami, Florida 33131
Telephone No.: (305) 530-0050
Facsimile No.: (305) 530-0055
Florida Bar No: 389579

In accordance with the American with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact Adam J. Steinberg, Esquire at (305) 530-0050 no later than seven days prior to the proceeding.

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: 1:07-mc-00062-ML-DLM
# Internal Use Only

Allstate Insurance Company v. Ford Motor Company
Assigned to: Judge Mary M Lisi
Referred to: Magistrate Judge David L. Martin
Case in other court: County Court for Broward County, Florida, COCE 06-150003 (53)

Date Filed: 07/30/2007

**Plaintiff**

**Allstate Insurance Company**
*a/s/o Richard Areyzaga and Nelson J. Rosado*

V.

**Defendant**

**Ford Motor Company**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | SUBPOENA FOR DEPOSITION DUCES TECUM as to Nelson J. Rosado (Duhamel, John) (Entered: 07/30/2007) |